DANIEL G. BOGDEN
United States Attorney
BRIAN L. SULLIVAN
Assistant United States Attorney
State Bar of Nevada No. 790
100 West Liberty St., Suite 600
Reno, Nevada 89501
Tel: (775) 784-5438
Fax: (775) 784-5181

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:98-CR-116-ECR-RAM |
| Plaintiff, | MOTION TO WITHDRAW OR STRIKE DOCUMENT NUMBER 34 |
| MIGUEL QUEVEDO, | |
| Defendant. | |

COMES NOW THE UNITED STATES OF AMERICA, by and through DANIEL G. BOGDEN, United States Attorney, and BRIAN L. SULLIVAN, Assistant United States Attorney, and hereby moves the Court to withdraw or strike document number 34, an Order for Dismissal bearing case number 3:99-CR-153-RCJ. This document was filed in error in this case. The Government intended to file this document only in the case of United States v. Miguel Quevedo, case number 3:99-CR-153-RCJ, an indictment for Failure to Surrender for Service of Sentence, in violation of Title 18, United States Code, Section 3146(a)(2).

///
///
///
///
///

1

1  The Government did not intend to dismiss the indictment in the present case, case number 3:98-
2  CR-116-ECR-RAM.

Dated this 7th day of December, 2011.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Brian L. Sullivan*
BRIAN L. SULLIVAN
Assistant United States Attorney


IT IS SO ORDERED.

Dated: Dec. 13, 2011

*/s/ Edward C. Reed*
EDWARD C. REED, JR.
Senior United States District Judge